## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, YUMA DIVISION


United States of America                    CASE: 18-60780MP

vs.

Puja   Patel


### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Puja   Patel, was represented by counsel, Carlos Velazquez Marrero (FPD).


The defendant pled guilty to the Complaint on 04/30/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
| --- | --- | --- |
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 04/27/2018 |


As pronounced on 04/30/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.


The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.


The fine is waived because of the defendant's inability to pay.


Signed on Monday, April 30, 2018.


James F. Metcalf

United States Magistrate Judge


Arresting Agency: YUM

FBI Number: 8PR97T06J

**UNITED STATES DISTRICT COURT**     **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - YUMA**

Date: 04/30/2018          Case Number: 18-60780MP

USA vs. **Pujol Patel**
U.S. MAGISTRATE JUDGE: JAMES F. METCALF      Judge AO Code: 70BV
ASSIGNED U.S. Attorney: Joshua Kolsrud
INTERPRETER REQ'D: Varuna Tejwani, Gujarati
Attorney for Defendant: Carlos Velazquez Marrero (FPD)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY (restraint level 0)

[X] Defendant states true name to be **Puja Patel**
[X] Petty Offense      [X] Date of Arrest: **04/27/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.

OTHER:     Carlos Velazquez Marrero (FPD) is appointed as attorney of record for
defendant.


                              Recorded by Courtsmart    COP: 7
                              BY: Angela Gutierrez       Sent: 0
                                    Deputy Clerk         IA: 0

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Pujol Patel

YOB: 1996

CRIMINAL COMPLAINT
CASE: 18-60780MP
Citizenship: INDIA

DOA: 04/27/2018

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
That on or about April 27, 2018, near San Luis, Arizona in the District of Arizona, Defendant Pujol PATEL, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

The Defendant, a citizen of India and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona. The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of India and illegally in the United States. The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant. The Defendant last entered the United States illegally without inspection near San Luis, Arizona on April 27, 2018.

File Date: 04/30/2018

at Yuma, Arizona

Brian Ramos, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 04/30/2018

**James F. Metcalf**
**United States Magistrate Judge**

FBI Number: 8PR97T06J

Magistrate Information Sheet

Complaint: Pujol Patel

Criminal History: NONE

Immigration History: NONE